In re SMITH. (Supreme Court, Appellate Division, First Department. June 11, 1915.) In the matter of Thomas H. Smith, an attorney. No opinion. Referred to Hon. Henry A. Gildersleeve, official referee. Settle order on notice.

SMITH, Appellant, v. HOLBROOK, CABOT & ROLLINS CORPORATION, Respondent. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Frank Smith against the Holbrook, Cabot & Rollins Corporation.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment unanimously affirmed, with costs.

SMITH et al. v. LANGERE et al. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by Matthew J. Smith and Edward F. Nolte against Raphael Langere and others.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: The lien is sustained, upon the ground that the owner, Marion Kempf, committed to her husband, George Kempf, the transaction of the entire business relating to the construction of the building, even to making the contract as owner in his own name, and thereby held him out as the owner of the property, and, after inducing the lienors to regard him as the owner, should not be heard to say that the person she presented as the real owner was not such. Judgment of the County Court of Richmond County affirmed, with costs.

SMITH, Respondent, v. MOULD, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1915.) Action by John S. Smith against Augusta Hovey Mould. No opinion. Motion to dismiss appeal granted, unless appellant serve brief, which may be in typewritten form, by May 12th, pay respondent's attorney $10, and be ready for argument on May 17th. See, also, 87 Misc. Rep. 199, 149 N. Y. Supp. 552.

SMITH, Respondent, v. VILLAGE OF LARCHMONT, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by Mabel Woods Smith against the Village of Larchmont. No opinion. Motion granted.

SMYTH, Appellant, v. YORKSHIRE REALTY & CONSTRUCTION CO., Respondent, et al. (Supreme Court, Appellate Division, First Department. June 4, 1915.) Action by John Smyth as administrator, against the Yorkshire Realty & Construction Company, impleaded with others. J. A. Burdeau, of New York City, for appellant. J. V. Bouvier, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SNOW, Respondent, v. CHOYER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by Elizabeth A. Snow against John L. Choyer and another. No opinion. Judgment reversed, and new trial granted, with costs to appellants to abide event, upon the stipulation of the respondent.

SNYDER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by William H. Snyder, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

SOUTHERN LEASING CO. v. LUDWIG. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by the Southern Leasing Company against Alfred Ludwig. No opinion. Motion for reargument (of 153 N. Y. Supp. 545) denied, motion for leave to appeal granted, and questions certified as stated in order. Order filed.

SPERLING, Appellant, v. BROOKLYN HEIGHTS R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 28, 1915.) Action by Rose Sperling against the Brooklyn Heights Railroad Company and the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SPIRO v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Philip Spiro, as trustee, against the City of New York and another. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

SQUIERS v. SCHEUER et al. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Arnon L. Squiers, as trustee, etc., against Hattie Scheuer and others. C. A. Strauss, of New York City, for appellants. E. P. Lyon, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 155 App. Div. 935, 140 N. Y. Supp. 1146.

STEFFE, Appellant, v. HEINZER et al., Respondents. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Frank J. Steffe against Frederick W. Heinzer and another. C. Trosk, of New York City, for appellant. S. Nordlinger of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 156 App. Div. 575, 141 N. Y. Supp. 584.

STERN v. METROPOLITAN LIFE INS. CO. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Solo-